UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE GUEST,<br><br>        Plaintiff,<br><br>    v.<br><br>LUMBER LIQUIDATORS, INC., et al.,<br><br>        Defendants. | Case No. 15-cv-01363-MEJ<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Jon S. Tigar for consideration of whether the case is related to *Balero v. Lumber Liquidators, Inc.*, 15-cv-01005-JST.

**IT IS SO ORDERED.**

Dated: March 26, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge